HENRY GUSTAVUS ANGUISH, Respondent, *v.* MARY E. BLAIR, Appellant, Impleaded with Others.

*Anguish* v. *Blair*, 160 App. Div. 52, affirmed.
(Argued December 7, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note signed

by the appellant and the other grantees in a deed, whereby for value received they jointly and severally agreed to pay him $2,000 in consideration of his having executed a quitclaim deed to them, the payment to become due and payment to be made according to the terms of the will of his father. Thereafter the other grantees in the deed conveyed to the appellant Blair their interest in said premises, by instrument under seal, in which she agreed, among other things, to pay the promissory note of $2,000 to the plaintiff according to the terms of the will.

*E. L. Hunt* for appellant.

*Edward C. Hyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.